AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| CROSSROADS SYSTEMS, INC.<br><br>*Plaintiff*<br><br>v.<br><br>ADDONICS TECHNOLOGIES, INC.<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.  1:12-CV-01090-SS<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Addonics Technologies, Inc.
1918 Junction Avenue
San Jose, CA  95131
by and through its registered agent:
Cynthia Wu
21055 Lauretta Drive
Cupertino, CA  95014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Elizabeth J. Brown Fore
Sprinkle IP Law Group, PC
1301 West 25th Street, Suite 408
Austin, TX  78705

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

William G. Putnicki

*CLERK OF COURT*

Date:  November 28, 2012

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:12-CV-01090-SS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ADDONICS TECHNOLOGIES, INC.
was received by me on *(date)* DECEMBER 5, 2012 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* MELANIE FOSTY, OFFICE ADMIN/AUTHORIZED, who is designated by law to accept service of process on behalf of *(name of organization)* ADDONICS TECHNOLOGIES, INC. 1918 JUNCTION AVENUE, SAN JOSE, CA 95131 on *(date)* 12/05/12 @ 4:42PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/6/12

Server's signature

JOVELYN CHRISTNER - PROCESS SERVER
*Printed name and title*
Henjum Goucher Reporting Services
2501 Oak Lawn Avenue, #600
Dallas, TX 75219
214-521-1188
*Server's address*

Additional information regarding attempted service, etc:
DESCRIPTION OF MELANIE FOSTY: White, Female, 40 years old, Brown hair, 5 feet 1 inches, 110 pounds